BOROUGH OF PARAMUS v. DOMINICK R. CAPELLO AND TWP. OF S. HACKENSACK.

March 26, 1974. Petition for certification granted.

COMMUNITY STATE BANK & TRUST COMPANY v. FIRST NATIONAL BANK, PISCATAWAY.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL P. DE MATTEO.

March 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MARK D'AMBROSIO.

March 26, 1974. Petition for certification denied.

ANDREW STRZELECKI v. JOHNS MANVILLE PRODUCTS CORP.

March 26, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. TYRONE POWELL.

March 26, 1974. Petition for certification denied.